UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CAMPBELL, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>FMC TECHNOLOGIES SURFACE INTEGRATED SVCS, et al.,<br><br>    Defendants. | CASE NO.: 20-CV-00901-NONE-JLT<br><br>**[PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT ADDING IN A NINTH CAUSE OF ACTION FOR LABOR CODE SECTION 2699 (PAGA) PENALTIES**<br>**(Doc. 4)** |

Based upon the stipulation of the parties, the Court **ORDERS:**

1. The plaintiffs shall file their First Amended Complaint no later than November 18, 2020;

2. The defendant SHALL respond to the pleading within 21 days after the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated:  **October 27, 2020**            **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE