UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CAMPBELL, an individual; MARK VALLES, an individual;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FMC TECHNOLOGIES SURFACE INTEGRATED SVCS; and DOES 1 through 100 inclusive<br><br>　　　　　Defendants. | CASE NO.: 20-CV-00901-NONE-JLT<br><br>**~~PROPOSED~~ ORDER ALLOWING PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT AND TO CONTINUE ALL PRETRIAL DATES**<br>(Doc. 21) |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

　　1. The Plaintiffs shall file their Second Amended Complaint by August 31, 2021.

　　2. Defendant shall have 21 days from the date of filing and e-service of the Second Amended Complaint to file its responsive pleading.

　　3. The case schedule is amended as follows:

　　　　a. Non-Expert Discovery Cutoff: February 28, 2022;

　　　　b. Expert Disclosure Deadline: February 18, 2022;

1

[PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT AND TO CONTINUE ALL PRETRIAL DATES

   c. Rebuttal Expert Disclosure Deadline: March 10, 2022;

   d. Expert Discovery Cutoff:  April 8, 2022;

   e. Deadline to file non-dispositive motions: April 22, 2022;

   f. Deadline to hear non-dispositive motions: May 20, 2022;

   g. Deadline to file dispositive motions:  April 22, 2022;

   h. Deadline to hear dispositive motions:  June 7, 2022;

   i. Pre-Trial Conference Date:  July 11, 2022 at 1:30 p.m.; and

   j. Trial Date:  September 12, 2022 at 8:30 a.m.

IT IS SO ORDERED.

 Dated:   **August 25, 2021**     _____ **/s/ Jennifer L. Thurston**
                 CHIEF UNITED STATES MAGISTRATE JUDGE