UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CAMPBELL, an individual; MARK VALLES, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>FMC TECHNOLOGIES SURFACE INTEGRATED SVCS; and DOES 1 through 100 inclusive<br><br>Defendants.<br>_____ | CASE NO.: 20-CV-00901-BAK (BAM)<br><br>*ASSIGNED TO THE HONORABLE BARBARA A. MCAULIFFE*<br><br>**[~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND ALL PRETRIAL DEADLINES** |

The parties are reminded that settlement discussions are not good cause. But having considered the Parties' Joint Stipulation to Continue Trial Date and All Pretrial Deadlines, and in the interest of justice therefore, IT IS HEREBY ORDERED THAT:

1. All future dates in the August 25, 2021 Order [Dkt. 22] are VACATED.

2. The Court sets the schedule in this case as follows:

    a. Non-Expert Discovery Cutoff: July 1, 2022;

    b. Expert Disclosure Deadline: August 12, 2022;

   c. Rebuttal Expert Disclosure Deadline: September 2, 2022;

   d. Expert Discovery Cutoff:  November 4, 2022;

   e. Deadline to file non-dispositive motions: August 19, 2022;

   f. Deadline to hear non-dispositive motions: September 30, 2022;

   g. Deadline to file dispositive motions:  September 9, 2022;

   h. Deadline to hear dispositive motions:  October 14, 2022;

   i. Pre-Trial Conference Date:  January 17, 2023, at 1:30 p.m. in Bakersfield before BAK; and

   j. Trial Date:  March 8, 2023, at 8:30 a.m. in Bakersfield before BAK.

It is FURTHER ORDERED that the status conference currently set for March 2, 2022, before the undersigned is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **February 16, 2022**      /s/ *Barbara A. McAuliffe*
                     UNITED STATES MAGISTRATE JUDGE