UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NELSON CAMPBELL, ET AL., | Case No. 1:20-cv-00901-CDB |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES' FAILURE TO COMPLY WITH THE COURT'S ORDERS |
| v. | |
| FMC TECHNOLOGIES SURFACE INTEGRATED SVCS, ET AL., | |
| Defendants. | **DEADLINE: FRIDAY, JANUARY 13, 2023** |

On December 9, 2022, the Court entered an order approving the parties' proposed PAGA settlement and ordered the parties to file dispositional documents by January 9, 2023. (ECF No. 33). As of the date of this Order, neither party has complied with the Court's order to file either a stipulation to dismiss this action or a report setting forth why a final accounting by the claims administrator has not been accomplished, along with an intended date of stipulated dismissal. *Id*. at p. 8. Nor has either party applied to the Court for an extension of time by which to comply with the Court's order. Based on the parties' representations in the stipulation seeking the Court's approval of the PAGA settlement, the Court vacated the impending pretrial conference date (January 17, 2023) and all associated dates through trial.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Based on the foregoing, IT IS HEREBY ORDERED, not later than **January 13, 2023**, BOTH parties SHALL show cause in writing why sanctions should not be imposed for their failure to comply with the Court's order requiring the filing of dispositional documents by January 9, 2023. Alternatively, the parties may file a stipulation to dismiss this action in order to comply with this Order.

The parties are advised that failure to respond to this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **January 11, 2023**

UNITED STATES MAGISTRATE JUDGE